(106 So. 917)

Emmett GREY v. STATE. (6 Div. 786.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Jefferson County;

William E. Fort, Judge. Second degree murder.

RICE, J. Appeal dismissed.